UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSICA ZUK** | : |
| **Plaintiff,** | : |
| v. | : **Case No. 1:23-cv-00294 JMC** |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
| | : |
| **Defendant.** | |

### [PROPOSED] ORDER

Upon consideration of WMATA's Motion for Summary Judgment, Plaintiff's Opposition thereto, and any Reply filed, it is this _____ day of _____, 2025;

ORDERED that Defendant's Motion is hereby DENIED IN FULL.

SO ORDERED.

_____
Judge Jia M. Cobb