UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JESSICA ZUK** | : |
| **Plaintiff,** | : |
| v. | : Case No. 1:23-cv-00294 JMC |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
| | : |
| **Defendant.** | |

**PLAINTIFF'S NOTICE OF FILING**
**<u>VIDEO EVIDENCE PURSUANT TO LCvR 5.4(e)(1)</u>**

Plaintiff, Jessica Zuk, by and through undersigned counsel, hereby gives notice that Exhibits 1 and 3 of her Opposition to Defendant WMATA's Motion for Summary Judgment are excerpts from WMATA's Metrobus CCTV video footage, which are being submitted on DVD and filed with the Court. A second DVD copy of the exhibits will be submitted to Chambers with a copy of Plaintiff's ECF-stamped Opposition to Defendant WMATA's Motion for Summary Judgment. Pursuant to LCvR 5.4(e)(1), the original copy of Plaintiff's Exhibits 1 and 3 will be maintained in the possession of Plaintiff's undersigned counsel and will be available upon request by a party of the Court. Exhibits 1 and 3 will be provided to the Defendant via email attachment or file-transfer portal.

As a courtesy, Exhibits 1 and 3 can also be viewed via a Dropbox link accessible by clicking (1) the thumbnails on page 1 of the Opposition or (2) the URLs on the exhibit placeholders submitted as ECF Nos. 16-4 and 16-6.

Regan Zambri Long
1919 M Street, NW
Suite 600
Washington, D.C. 20036

202-463-3030

- 2 -

                Respectfully submitted,

                REGAN ZAMBRI LONG PLLC

                By:  /s/ *Christopher J. Regan*
                      Christopher J. Regan    #1018148
                      cregan@reganfirm.com
                      1919 M Street, N.W., Suite 600
                      Washington, D.C. 20036
                      P<small>H</small>:  (202) 463-3030
                      F<small>X</small>:  (202) 463-0667
                      *Counsel for Plaintiff*

Regan Zambri Long
1919 M Street, NW
Suite 600
Washington, DC 20036

202-463-3030