# Exhibit 1 – Forward Facing Camera CCTV Video [submitted to Clerk by CD]

Courtesy copy also viewable at:

https://www.dropbox.com/scl/fi/uy6mszjtwkl9wqn75mue2/Ex-1-Forward-Facing-Camera.mp4?rlkey=p00x453taa4c9f4mrra7izhy5&st=3zhpsgrx&dl=0