4488_U3_FD_Front Door_L

PLAINTIFF'S EXHIBIT 2

2022-04-24 12:43:21

