# Exhibit 3 – Curbside Rearward Camera CCTV Video [submitted to Clerk by CD]

Courtesy copy also viewable at:

https://www.dropbox.com/scl/fi/kt1z4i1bp4z7lrdglgqim/Ex-3-Curbside-Rearview-Camera.mp4?rlkey=7qin530msv2meajounroap6ru&st=8xjowfn5&dl=0