

# Event Report

**Metro Transit Police Department**  ORI-DCMTP0000

| Type of Report | MTPD CCN | Local Jurisdiction | Local CCN |
|---|---|---|---|
| Closed | 2022-02032-001 | District of Columbia | |

## Event Location

| Street | Station Acronym | City, State | County | MTP District | Local District |
|---|---|---|---|---|---|
| 1356 U St NW | | WASHINGTON, DC 20009 | D03-District 03 | District 1 | D03-District 03 |

### Date and Time of Event
From: 4/24/2022 12:45:00 PM
To:

### Date and Time Reported
4/24/2022 12:52:55 PM

### Category

| Rail Station, Line or Right-of-Way | On Bus | Property | Other |
|---|---|---|---|
| | 4488-New Flyer CNG XN40 2018 | Bus On The Street | MSA2 |

Specific Location (Foot Bridge, Kiosk, Platform, Tracks, Etc.):

For Burglary or B&E Only / If Hotel Rule Applies, #Premises or Facilities Entered:

**Location Description:** Bus On The Street

## Event Information

| | Offense # | BUS ACCIDENT WITH INJURY |
|---|---|---|
| If Incident Use This Block | | |
| Incident Classification | Offense Classification | |
| Incident Description | Description | BUS ACCIDENT WITH INJURY |
| | Weapon/Force Type of Activity | / |

Entry Type:     Number Premises Entered:

Hate Crime Motivation:

Bias Motivation: None (no bias) (mutually exclusive)

Offender Suspected of Using:     Modus Operandi (MO):

**Case Status Information**
Case Status (Completed by the Official who signs this report):

If Case Cleared Exceptionally,     Clearance Date

| Reporting Officer (Print) | Badge # | Second Officer (Print) | Badge # |
|---|---|---|---|
| JACKSON, SYREETA | 519 | ELLISTON, LERON K. | 414 |

Supervisor's Name (Electronically Approved):

Teletype #:

Investigator Notified     ID#

**Victim Information**

MTPD CCN:
ORI-DCMTP0000

**Event Report**  Page 2 of 7

## Property Information

### Property Information

| Type | Code | Class | WMATA Owned | Full Description (Include quantity, manufacturer, serial number, size, color, unique features, etc.) Vehicles: Enter Property Type, Code, Classification and Value here. (Describe Vehicle Below) | Age | Fair Market Value | Recovered Value | Recovered Date |
|---|---|---|---|---|---|---|---|---|
| Information Only | 05 | | | WMATA Bus 4488 | | | | |

**Value Totals**

| Veh. Year | Make | Model | Color | Style | Tag # | State | Year | VIN |
|---|---|---|---|---|---|---|---|---|
| 2022 | New Flyer | TBU | | | B51912 | District of Columbia | 2022 | |

| Property Recovered Date | | # Stolen Vehicles | # Recovered Vehicles | Is any property in custody of a police agency? (If Yes, explain below) |
|---|---|---|---|---|
| | | | | |

1-None   2-Burned   3-Counterfeit/Forged   4-Damaged/Destroyed   5-Recovered   6-Seized (Drugs Only)   7-Stolen   8-Unknown

Property Type (Enter number in the "Type" column above.)
Property Description Code (Enter Number in the "Code" column above.)
Property Classification (Enter letter in the "Class" column above.)

**Information Only**

Suspected Drug Type (If this event is a drug case, check up to three applicable boxes and write the estimated amount on the line.)

Note: If more than 3 drug types, select the 2 most important listing amounts. Then select "Over 3 Drug Types", as the third, to represent the remaining drugs.

---

Has a DVR been requested?

### Narrative Information

On 04242022 at approximately 1300 hours a radio run was dispatched to respond to 14th and U Street NW for the report of a bicyclist who contacted bus 4488. Upon my arrival DCFD Engine 9 was on scene treating the bicyclist and Metropolitan Police Officer Bailey 4261 was also on scene. As I walked over to the bicyclist a witness (Ms. Miller) approached and reported that she was aboard the bus when the incident happened. She stated that as the bus was passing the bicyclist, he (the driver) hit her causing her to fall. The witness stated that she saw the bicyclist head hit the bus before falling. After the bus pulled over the witness ran to the bicyclist and call emergency services for help. She stated she placed the 911 call at 1245 hours.

I then met with the bicyclist who advised she was riding her bike on the 1300 block of U Street when the bus contacted her handlebars causing it to wobble. She was able to regain control and she fell onto the bus hitting her head then to the ground. A male (Mr. Combs) helped her out the street and onto the sidewalk. The injured patron had visible abrasions to the top left side of her back, left arm and left leg. She also stated that she was experiencing pain in her back and her head. She refused transport by DCFD and elected to be transported to MedStar Washington Hospital Center by a friend (who was on scene). I met with the Bus Operator who advised he was traveling on U Street and passed the bicyclist. The bicyclist then tried to pass him and ran into the bus. Due to the conflicting stories a MTPD Crime Scene Search unit was requested to respond for video review. MPD Officer Bailey provided report numbers (22-056-814) and left the scene before the video was reviewed. No citations were issued to either party involved.

MTPD CSS Officer L. Elliston 414 responded. A review of the video showed both the bicyclist and Bus 4488 stopped at a red light eastbound on 14th Street at the intersection of U Street NW. The bicyclist was in front of the bus. The light changed green and the bicyclist proceeded through, traveling on the left side of parked cars (there is no dedicated bike lane). The bus began passing the bicyclist and the bus rear door area contacted the bike at 1356 U Street NW. The contact caused the bicyclist to fall. The bus operator pulled over at 1338 U Street NW.

WMATA Bus Supervisor C. Haley (E010142) and WMATA Bus Supervisor B. Perry (E006902) responded to the scene.

| If second CCN is available, insert here: | Additional Narrative on Supplemental Report |

**Additional Narrative**

On 04242022 at approximately 1300 hours a radio run was dispatched to respond to 14th and U Street NW for the report of a bicyclist who contacted bus 4488. Upon my arrival DCFD Engine 9 was on scene treating the bicyclist and Metropolitan Police Officer Bailey 4261 was also on scene. As I walked over to the bicyclist a witness (Ms. Miller) approached and reported that she was aboard the bus when the incident happened. She stated that as the bus was passing the bicyclist, he (the driver) hit her causing her to fall. The witness stated that she saw the bicyclist head hit the bus before falling. After the bus pulled over the witness ran to the bicyclist and call emergency services for help. She stated she placed the 911 call at 1245 hours.

I then met with the bicyclist who advised she was riding her bike on the 1300 block of U Street when the bus contacted her handlebars causing it to wobble. She was able to regain control and she fell onto the bus hitting her head then to the ground. A male (Mr. Combs) helped her out the street and onto the sidewalk. The injured patron had visible abrasions to the top left side of her back, left arm and left leg. She also stated that she was experiencing pain in her back and her head. She refused transport by DCFD and elected to be transported to MedStar Washington Hospital Center by a friend (who was on scene). I met with the Bus Operator who advised he was traveling on U Street and passed the bicyclist. The bicyclist then tried to pass him and ran into the bus. Due to the conflicting stories a MTPD Crime Scene Search unit was requested to respond for video review. MPD Officer Bailey provided report numbers (22-056-814) and left the scene before the video was reviewed. No citations were issued to either party involved.

MTPD CSS Officer L. Elliston 414 responded. A review of the video showed both the bicyclist and Bus 4488 stopped at a red light eastbound on 14th Street at the intersection of U Street NW. The bicyclist was in front of the bus. The light changed green and the bicyclist proceeded through, traveling on the left side of parked cars (there is no dedicated bike lane). The bus began passing the bicyclist and the bus rear door area contacted the bike at 1356 U Street NW. The contact caused the bicyclist to fall. The bus operator pulled over at 1338 U Street NW.

WMATA Bus Supervisor C. Haley (E010142) and WMATA Bus Supervisor B. Perry (E006902) responded to the scene.