

# Transcript of Kevin Morgan

**Date:** September 1, 2023
**Case:** Zuk -v- Washington Metropolitan Area Transit Authority

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

PLAINTIFF'S EXHIBIT 5

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Kevin Morgan
Conducted on September 1, 2023

1 (1 to 4)

---

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF COLUMBIA
 3  -----------------------------x
 4  JESSICA ZUK,              :
 5         Plaintiff,         :
 6                            :
 7         v.                 :   CASE NO.
 8  WASHINGTON METROPOLITAN AREA :  1:2023CV00294
 9  TRANSIT AUTHORITY,        :
10         Defendant.         :
11  -----------------------------x
12
13
14          Deposition of KEVIN MORGAN
15          Conducted Remotely Via Zoom
16          Friday, September 1, 2023
17               10:02 a.m.
18
19
20  Job No.: 505071
21  Pages 1 - 59
22  Reported by:  Alexia Vandermeulen, CVR
```

Page 2

```
 1  Deposition of KEVIN MORGAN, conducted remotely.
 2
 3
 4  Pursuant to notice, before Alexia Vandermeulen,
 5  Certified Verbatim Reporter, Notary Public in and
 6  for the Commonwealth of Pennsylvania.
```

Page 3

```
 1                  APPEARANCES
 2  ON BEHALF OF THE PLAINTIFF:
 3         CHRISTOPHER REGAN, ESQUIRE
 4         REGAN ZAMBRI & LONG, PLLC
 5         1919 M Street Northwest
 6         Suite 600
 7         Washington, DC 20036
 8         (202) 463-3030
 9
10  ON BEHALF OF THE DEFENDANT:
11         NEAL M. JANEY, JR., ESQUIRE
12         WASHINGTON METROPOLITAN AREA
13         TRANSIT AUTHORITY
14         600 5th Street Northwest
15         Washington, DC 20001
16         (202) 962-1067
```

Page 4

```
 1              INDEX TO PROCEEDINGS
 2  EXAMINATION OF KEVIN MORGAN            PAGE
 3      By MR. REGAN........................  5
 4      By MR. JANEY........................ 57
 5
 6
 7              INDEX TO EXHIBITS
 8       (Exhibits attached to transcript.)
 9  EXHIBIT                                 PAGE
10  1    Drawing ............................ 20
```

### 53

```
1  stop or go to the right.  I never thought she
2  would try to squeeze in between the moving bus and
3  the parked cars.
4      Q.  Did anything specific ever make you
5  think she was going to turn right?
6      A.  No.
7      Q.  Did anything specific ever make you
8  think that she was going to stop?
9      A.  Yeah.  Because there was no other way to
10 go.  It was -- where the parked car was and the
11 bus moving, that is a tight amount of space.  So
12 like I said, I didn't know what she was going to
13 do.
14     Q.  When your bus pulled up alongside her
15 and began to pass her, she was pedaling full speed
16 and looking straight ahead, right?
17         MR. JANEY:  Objection.  You can answer.
18     A.  I can't recall if she -- like I said, I
19 wasn't in that level of detail to see exactly what
20 she was doing.  I just saw her bus moving.
21     Q.  Did you ever see her slow down pedaling
22 as she got to the far side of the intersection?
```

### 54

```
1          MR. JANEY:  Objection.  Asked and
2  answered.  You can answer.
3      A.  That level of detail with me still
4  having to operate my bus -- I can't give that
5  level of detail.  I still have to operate that
6  bus.  I have passengers on that bus.  So I'm
7  not -- I can't focus on solely one thing.  I have
8  to focus on a lot of things when I'm operating
9  that bus.
10     Q.  Was that a no?  Just to make sure we're
11 clear.  You never saw her slow down pedaling?
12         MR. JANEY:  Objection.  Asked and
13 answered.  You can answer.
14     A.  I mean, I can't give that level of
15 detail with everything.  I was in control of
16 operating that bus so I can't give an answer to
17 that level of detail.
18     Q.  As we sit here today, do you have any
19 memory of having seen her slow down pedaling?
20         MR. JANEY:  Objection.  Asked and
21 answered.  You can answer.
22     A.  No.  I don't have no memory of that.
```

### 55

```
1  No.
2      Q.  Okay.  As your bus pulled up alongside
3  and began to pass Ms. Zuk, did you ever do
4  anything to let her know that the bus was there?
5      A.  No.
6      Q.  Do you accept any responsibility for
7  having caused this collision?
8          MR. JANEY:  Objection.  You can answer.
9      A.  No.
10     Q.  You were suspended for three days as a
11 result of this collision, right?
12         MR. JANEY:  Objection.
13     A.  Yes.
14     Q.  Still you take no responsibility for
15 having caused any of it?
16         MR. JANEY:  Objection.  Asked and
17 answered.  You can answer again.
18     A.  They suspended me based on what they
19 felt -- you know, WMATA doesn't find fault with
20 accidents.  They may say, you know -- but I still
21 stand on what I stand.  It's an unfortunate
22 situation, but I still didn't think that -- the
```

### 56

```
1  cyclist tried to get in between that tight spot as
2  I was passing.
3      Q.  Help me understand why you think she
4  tried to squeeze into a tight spot while you were
5  passing?
6          MR. JANEY:  Objection.  Calls for
7  speculation.  You can answer.
8      A.  Because there was no --
9      Q.  You just told us that's what you think,
10 right?  You said she tried to squeeze into a tight
11 spot while you were passing her, right?
12     A.  Yes.
13     Q.  So why?  Explain that to me.  What is
14 the basis for that?
15     A.  Why what?
16     Q.  What makes you think that she tried to
17 squeeze into a tight spot while you were passing
18 her?
19     A.  There was a parked car there.  U Street
20 doesn't have a cyclist lane.  The cyclist wasn't
21 in front of the bus.  So to me, not knowing what
22 she was going to do, she could have stopped.  She
```