

**Washington Metropolitan Area Transit Authority**

# PROCEDURES

## Procedure Number: BTRA-BTOP-PRO25-00

*Sharing the Road with Bicyclist*

February 10, 2020

**Table of Contents**

1 Scope ............................................................................... 2

2 Purpose ............................................................................ 2

3 Definitions ........................................................................ 2

4 Acronyms ......................................................................... 2

5 Responsibilities ................................................................ 2

6 Procedure ........................................................................ 2

7 Safety Management ......................................................... 5

8 References ...................................................................... 5

9 Records ........................................................................... 5

10 Appendices, Attachments and/or Exhibits ........................ 5

11 Approvals ......................................................................... 6

| Revision No. | Revision Date | Reviser/Author | Document Section No.(if applicable) | Description of Changes |
|---|---|---|---|---|
| 0 | 02/10/2020 | Renee Miller | N/A | Initial conversion to new QMSP SOP template |


WMATA000001

PLAINTIFF'S EXHIBIT 6

1. <u>**Scope**</u>

This Standard Operating Procedure is applicable to all Washington Metropolitan Area Transit Authority (WMATA or Metro) personnel actively operating Metrobuses in revenue and non-revenue service.

2. <u>**Purpose**</u>

The purpose of this Standard Operating Procedure (SOP) is to provide guidelines and procedures for WMATA personnel when operating in the vicinity of bicyclists. A bicycle is considered a vehicle and Bus operators must regard it as such when operating. Bicyclists must obey the same laws and regulations as all other vehicles on the road. Bus operators should maintain a high level of awareness around bicyclists in the driving environment.

3. <u>**Definitions**</u>

   3.1. The **Bus Operations Communication Center (BOCC)** is a department comprised of transit communication specialists who actively communicate with Bus Operations employees via digital/analog radio systems for the purpose of system operations support.

   3.2. **Sharrows** are shared lanes for bicyclist.

4. <u>**Acronyms**</u>

   **BOCC**: Bus Operations Communications Center
   **BTRA**: Office of Bus Transportation
   **BTRN**: Office of Bus Training
   **SOP**: Standard Operating Procedure
   **TFS**: Transit Field Supervisor
   **WMATA**: Washington Metropolitan Area Transit Authority, also referred to as Metro

5. <u>**Responsibilities**</u>

   5.1. The Vice President of Bus Transportation (BTRA) has overall responsibility for the administration of this SOP.

   5.2. Directors, superintendents, assistant superintendents, managers, supervisors and lead persons (or designees) are responsible for the dissemination and review of this SOP with all appropriate employees.

   5.3. The Training Instructor is responsible for the instruction, supervision, and enforcement of this SOP.

   5.4. The Transit Field Supervisor is responsible for the supervision and enforcement of this SOP.

   5.5. Metrobus operators and other personnel operating Metrobuses in revenue and non-revenue service are responsible for knowing and complying with this SOP. All Metrobus operators are responsible for operating safety.

   5.6. Bus Communication Specialist provides instructions to operators as needed.

6. <u>**Procedure**</u>

   6.1.1. Bicyclists can ride on any street in District of Columbia, Maryland and Virginia except for interstates and other controlled access highways with signs specifically prohibiting bicyclists.



Page 2
BTRA-BTOP-PRO25-00   Sharing the Road with Bicyclist
April 2020

WMATA000002

6.1.2. Unless stated otherwise, bicyclists are allowed on every street with or without bike lane markings. A bicyclist is permitted to occupy the entire width of the lane just as any motor vehicle would.

**6.2. Observations**

6.2.1. Be aware of your blind spots.

6.2.2. Once you have observed a bicyclist nearby, maintain constant observations using your mirrors and continue to make observations until your vehicle is completely clear of the bicyclist.

6.2.3. Be aware of the dangers a bicyclist may present.

6.2.4. Watch for bicyclists traveling on the sidewalks or between parked vehicles. Be prepared for bicyclists to move into the path of the bus without warning.

**6.3. Bike lanes (Figure 25-1)**

6.3.1. A bike lane is a portion of the roadway that has been designated by striping, signing and pavement markings for the preferential or exclusive use of bicyclist.

6.3.2. Bike lanes carry bicyclists in the same direction as adjacent motor vehicle traffic.



**Figure 25-1:
Bike Lane Markings**

**6.4. Bus/Bike Lanes (Figure 25-2)**

6.4.1. A bus/bike lane is designated for buses and bikes only.



**Figure 25-2:
Bus/Bike Lane Sign**


WMATA000003

### 6.5. Shared Lanes or "Sharrows" (Figure 25-3)

6.5.1. A Shared Lane Marking ("sharrow") is a bicycle lane marking within a travel lane.

6.5.2. Sharrows are used in lanes shared by bicyclists and motorists when there is not sufficient width or a need for a bicycle lane.



**Figure 25-3:**
**Sharrow Lane**

### 6.6. Passing A Bicyclist (Figure 25-4)

6.6.1. A bicyclist is permitted to occupy the entire width of the lane just as any motor vehicle would.

6.6.2. Never attempt to pass a bicyclist in the same lane.

6.6.3. When it is necessary to pass a bicyclist, the operator must change lanes and maintain three feet clearance while passing, (use more clearance if needed) and approach the bicyclist with extreme caution.

6.6.4. Protect the cyclist and do not create space that would allow another vehicle to come between the bus and the cyclist.

6.6.5. If cyclist speeds up or moves towards the bus, slow down and/ or stop if necessary.



**Figure 25-4:**
**Passing a Bicyclist**



### 6.7. Following a Bicyclist (Figure 25-5)

6.7.1. Maintain a minimum following distance of one bus length for every 10 mph of speed.

6.7.2. Always keep your distance - leave enough space between you and the vehicle in front of you.

6.7.3. Whether a bicyclist is in a marked bike lane, sharrow, bus/bike lane or unmarked roadway, the operator must always allow the appropriate following distance.



**Figure 25-5:**
**One Bus Length for every 10 MPH**

### 7. Safety Management

This document has been created in compliance with WMATA's safety plan and safety policy.  Any hazards and risks associated with the processes within this document have been evaluated for safety and have appropriate mitigation strategies established as part of WMATA's overall risk assessment management, where applicable and/or relevant.  This document is also subject to monitoring for safety risk mitigation adherence and safety performance, and has effective communication practices in place, including adequate safety training to ensure competencies, and to solicit feedback from the affected employees, where applicable and/ or relevant.  For further guidance on WMATA's safety plan, visit the Department of Safety and Environmental Management's (SAFE) intranet homepage.

### 8. References
  None

### 9. Records
  None

### 10. Appendices, Attachments and/or Exhibits
  None


WMATA000005

## 11. Approvals

| | |
|---|---|
| *Controlled Document* | I hereby state that I have found no errors of this controlled quality document, and thus the document is ready for release |

*Content Approved*

| Name | Robert O. Potts | Title: | Senior Vice President, Bus Services |
|---|---|---|---|

Robert Potts E015499 WMATA
Digitally signed by Robert Potts E015499 WMATA
Date: 2020.08.18 10:53:10 -04'00'

| Signature | Date |
|---|---|

| | |
|---|---|
| *Controlled Quality Document* | I authorize this controlled quality document for release. |

*Document Authorized for Release*

| Name | Sophia Green | Title: | BTRA DQMS Manager/Coordinator |
|---|---|---|---|

Sophia Green E015817 WMATA
Digitally signed by Sophia Green E015817 WMATA
DN: c=US, o=Washington Metropolitan Area Transit Authority, ou=People, cn=Sophia Green E015817 WMATA
Date: 2020.07.17 08:05:14 -04'00'

| Signature | Date |
|---|---|

