

Washington Metropolitan Area Transit Authority

# PROCEDURES

## Procedure Number: BTRA-BTOP-PRO06-00

*Changing Lanes, Passing, and Being Passed*

April 9, 2020

### Table of Contents

1  Scope ............................................................................... 2
2  Purpose ............................................................................ 2
3  Definitions ....................................................................... 2
4  Acronyms ......................................................................... 2
5  Responsibilities ................................................................ 3
6  Procedure ......................................................................... 3
7  Safety Management .......................................................... 6
8  References ....................................................................... 6
9  Records ............................................................................ 6
10 Appendices, Attachments and/or Exhibits ........................ 6
11 Approvals ......................................................................... 7

| Revision No. | Revision Date | Reviser/ Author | Document Section No.(if applicable) | Description of Changes |
|---|---|---|---|---|
| 0 | 04/09/2020 | BTRN | N/A | Initial conversion to new QMSP SOP template |


WMATA000007

**PLAINTIFF'S EXHIBIT 7**

**1. Scope**

This Standard Operating Procedure is applicable to all Washington Metropolitan Area Transit Authority (WMATA or Metro) personnel actively operating Metrobuses in revenue and non-revenue service.

**2. Purpose**

The purpose of this Standard Operating Procedure (SOP) is to provide guidelines and procedures for proper lane changes, passing, and being passed while operating Metrobus vehicles.

**3. Definitions**

3.1. The **Bus Operations Communications Center (BOCC)** is a department comprised of transit communication specialists who actively communicate with Bus Operations employees via digital/analog radio systems for the purpose of system operations support.

3.2. The term **Clearance** refers to the space between the bus and other fixed objects or moving vehicles.

3.3. The term **Closing Off** is the act of maintaining a restricted area of space along the right-hand side of the bus in order to prohibit a motor vehicle from entering the space between the right-side of the bus and the curb.

3.4. The term **Cover the Brake** is a method of placing the right-foot over top of the service brake pedal without depressing it. This technique helps decrease reaction time in the event of a need for an emergency/sudden stop.

3.5. A **Cyclist** is a pedestrian that is ambulating by way of a bicycle, unicycle, tricycle, or other form of self/electrically propelled wheel and spoke apparatus.

3.6. A **Fixed Object** is an object that is set into place such as utility poles, buildings, sidewalks, barrels and retaining walls.

3.7. A **Pedestrian** is a person with or without a pet that is walking, jogging/running or using a mobility device including, but not limited to a wheelchair, Segway, skates, etc.

3.8. The **Turn Indicator** is the electronically activated turn signal system that causes the bus signal lights to blink.

3.9. The **Weather Conditions** refer to inclement weather that impacts surface traction and/or visibility for distance evaluation.

**4. Acronyms**

**BOCC**: Bus Operations Communications Center
**BTRA**: Office of Bus Transportation
**BTRN**: Office of Bus Training
**SAFE**: Department of Safety and Environmental Management
**SOP**: Standard Operating Procedure
**WMATA**: Washington Metropolitan Area Transit Authority, also referred to as Metro



WMATA000008

5. **Responsibilities**
   5.1. The Vice President of Bus Transportation (BTRA) has overall responsibility for the administration of this SOP.
   5.2. Directors, superintendents, assistant superintendents, managers, supervisors and lead persons (or designees) are responsible for dissemination and review of this SOP with all appropriate employees.
   5.3. The Safety and Training Instructor is responsible for the instruction, supervision, and enforcement of this SOP.
   5.4. The Transit Field Supervisor is responsible for the supervision and enforcement of this SOP.
   5.5. Metrobus operators and other personnel operating Metrobuses in revenue and non-revenue service are responsible for knowing and complying with this SOP. All Metrobus operators are responsible for applying proper lane changes, passes, and being passed techniques for optimal safety.
6. **Procedure**
   6.1. **Metrobuses are required to be operated in the right-hand curb lane unless directed to do so otherwise. Note: Curb lane operation provides direct access to service stops and restricts lane encroachment from the right-hand side.**
   6.2. **Changing lanes**
      6.2.1. Lane changes are frequently required for some of the following reasons: (Figure 6.1)
         6.2.1.1. Maneuvering around fixed objects
         6.2.1.2. Maneuvering around stopped or slow-moving vehicles
         6.2.1.3. Avoiding roadway hazards
         6.2.1.4. Making required left-hand turns
      6.2.2. The main concerns when changing lanes is proper clearance. The operator must be certain that the lane he/she intends to move into is clear and will remain clear in order to safely enter that lane.
      6.2.3. The operator must use the mirrors to check along the side of the bus and towards the rear of the bus for a break in the traffic.
      6.2.4. The operator must observe the traffic ahead of the bus and in the adjacent lane for adequate space for the intended lane change.
      6.2.5. The operator must activate the turn indicator prior to initiating the lane change. Once the indicator is activated the operator must gradually angle the bus into the intended lane. This motion should be performed with a smooth steering process to avoid sudden jolts which can cause passenger injuries.
      6.2.6. The operator must control the speed of the bus by covering the brake or using the accelerator, depending on the bus model, while changing lanes.


WMATA000009

### 6.3. Passing Parked Vehicles or Fixed Objects (Figure 6-1)



**FIGURE 6-1: PASSING PARKED VEHICLES**

6.3.1. When changing lanes to pass a vehicle or object, begin to angle out about two bus lengths away.

6.3.2. The two bus lengths distance from the vehicle or object will allow space to straighten out before passing.

6.3.3. Keep bus in a straight line and maintain 3 feet clearance while passing.

6.3.4. Where clearance is close, operate at an extremely slow speed while covering the brake pedal.

6.3.5. If in doubt of clearance when passing parked vehicles or fixed objects, stop and secure the bus and exit if necessary to check for proper clearance.

 **NOTE:** The situation may warrant communication with BOCC for additional operational support and assistance.

6.3.6. If there are any indications that a parked vehicle may pull into the path of bus (i.e., driver in seat, exhaust, lights, front wheel turned out, etc.), tap the horn to warn the driver and place foot on the brake pedal (cover the brake).

6.3.7. Be prepared to make a smooth and safe stop should the vehicle pull out.

6.3.8. If passing requires crossing the center line, be certain that the bus will not come in contact with oncoming vehicles.

### 6.4. Passing Vehicles Moving in the Same Direction (Figure 6-2)



**FIGURE 6-2: PASSING VEHICLES MOVING IN THE SAME DIRECTION**

6.4.1. Tap the horn as you pass the vehicle to warn the driver you intend to pass.

6.4.2. The passing maneuver must not interfere with vehicles moving in the opposite direction.

6.4.3. Keep bus in a straight line and maintain three feet clearance while passing.

6.4.4. If vehicle speeds up or moves toward the bus, slow down and/


WMATA000010

or stop if necessary.
- 6.4.5. Stay to the right while maintaining three feet clearance.
- 6.4.6. Place foot on the service brake pedal and allow the vehicle to pass safely.
- 6.4.7. If passing vehicle reduces clearance, slow down and/or stop if necessary.
- 6.4.8. Be prepared to apply the brake to maintain safe following distance should a passing vehicle move into your driving lane.

**6.5. Returning to the Driving Lane (Closing Off)**
- 6.5.1. Observe the intended lane for space to complete the maneuver.
- 6.5.2. Apply the turn indicator to inform other vehicles of your intended maneuver.
- 6.5.3. Maintain three (3) feet clearance.
- 6.5.4. As the bus is passing a vehicle or fixed object:
    - 6.5.4.1. Look into the last parked vehicle or fixed object as you are passing it.
    - 6.5.4.2. Check the left-side mirror and to the rear to check for a way out of danger such as an opening car door (proper clearance).
    - 6.5.4.3. Check the overhead mirror - Use the overhead mirror to look through the rear door to see the front/forward edge of the fixed object or vehicle. Before angling the bus, check the right-side mirror.
    - 6.5.4.4. Angle to the right - Gently pull the steering wheel from the 1 o'clock position in the direction of the 4 o'clock position. After passing the front of the vehicle or front edge of the fixed object, begin gently angling the bus toward the right-hand curb lane.
    - 6.5.4.5. Angle to the left - Gently pull the steering wheel from the 11 o'clock position in the direction of the 7 o'clock position. Begin to straighten out the bus alignment when you can see the lane dividing line in the center of the bus windshield.
    - 6.5.4.6. Check your left mirror - When the bus is back in the curb lane, maintain three feet of clearance from the curb and resume posted safe speed.

6.6. Passing Vehicles Moving in the Opposite Direction
- 6.6.1. Be prepared to slow down or stop if an approaching vehicle crosses the center line.
- 6.6.2. Watch for turn signals or other indications that the vehicle may turn into the path of your bus.
- 6.6.3. Stay to the right of the center line.

**6.7. Being Passed**
- 6.7.1. If the bus is being passed, the operator must be alert to any indications that the passing vehicle may not allow sufficient


WMATA000011

    clearance during the passing maneuver.
- 6.7.2. Watch for any indication the vehicle intends to pass (i.e., approaching vehicle sounds horn; blinking lights; moves into passing lane, etc.)
- 6.7.3. It is important to note that lane changes, passing and being passed can be significantly impacted based on weather conditions.



**Warning:** When weather events and/or roadway conditions impact traction and visibility, the operator must adjust to the conditions of the roadway.

### 7. Safety Management

This document has been created in compliance with WMATA's safety plan and safety policy. Any hazards and risks associated with the processes within this document have been evaluated for safety and have appropriate mitigation strategies established as part of WMATA's overall risk assessment management, where applicable and/or relevant. This document is also subject to monitoring for safety risk mitigation adherence and safety performance, and has effective communication practices in place, including adequate safety training to ensure competencies, and to solicit feedback from the affected employees, where applicable and/or relevant. For further guidance on WMATA's safety plan, visit the Department of Safety and Environmental Management's (SAFE) intranet homepage.

### 8. References
None

### 9. Records
None

### 10. Appendices, Attachments and/or Exhibits
None

WMATA000012

## 11. Approvals

| Controlled Document | I hereby state that I have found no errors of this controlled quality document, and thus the document is ready for release |

**Content Approved**

| Name | Robert Potts | Title: | Senior Vice President |

*Robert Potts E015499 WMATA* — Digitally signed by Robert Potts E015499 WMATA Date: 2020.04.27 09:50:50 -04'00'

Signature                                           Date

| Controlled Quality Document | I authorize this controlled quality document for release. |

**Document Authorized for Release**

| Name | Sophia Green | Title: | BTRA DQMS Manager/Coordinator |

*Sophia Green E015817 WMATA* — Digitally signed by Sophia Green E015817 WMATA DN: c=US, o=Washington Metropolitan Area Transit Authority, ou=People, cn=Sophia Green E015817 WMATA Date: 2020.04.24 10:48:08 -04'00'

e 4/24/2020

Signature                                           Date

WMATA000013