

# Transcript of Elmer Coppage, Designated Representative

**Date:** August 17, 2023
**Case:** Zuk -v- Washington Metropolitan Area Transit Authority

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

PLAINTIFF'S
EXHIBIT

8

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Elmer Coppage, Designated Representative     1 (1 to 4)
Conducted on August 17, 2023

**1**

```
1          IN THE UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF COLUMBIA
3      -------------------------------X
4    JESSICA ZUK                    :
5              Plaintiff,           :
6         v.                        :  Case No.:
7    WASHINGTON METROPOLITAN AREA   :  1:2023cv00294
8    TRANSIT AUTHORITY,             :
9              Defendant.           :
10     -------------------------------X
11
12        30(b)(6) Deposition of ELMER COPPAGE
13              Conducted Virtually
14           Thursday, August 17, 2023
15                 10:04 a.m.
16
17
18
19
20   Job No.:  504218
21   Pages:  1 - 119
22   Reported By:  Kaleigh Irish, RPR
```

**2**

```
1        30(b)(6) Deposition of ELMER COPPAGE, conducted
2    virtually.
3
4
5
6         Pursuant to notice, before Kaleigh Irish,
7    Notary Public in and for the State of Maryland.
```

**3**

```
1             A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFF:
4        CHRISTOPHER J. REGAN, ESQUIRE
5        Regan Zambri & Long, PLLC
6        1919 M Street NW, Suite 350
7        Washington, DC 20036
8        202-463-3030
9
10   ON BEHALF OF THE DEFENDANT:
11       NEAL M. JANEY, JR., ESQUIRE
12       Washington Metropolitan Area Transit
13         Authority
14       600 5th Street NW
15       Washington, DC 20001
16       202-962-1067
```

**4**

```
1              C O N T E N T S
2    EXAMINATION OF ELMER COPPAGE          PAGE
3    By Mr. Regan                            5
4    By Mr. Janey                          106
5    By Mr. Regan                          114
6
7              E X H I B I T S
8    DEPOSITION EXHIBIT                     PAGE
9    NO. 1 -- Notice of deposition          10
10   NO. 2 -- WMATA Bus SOP 6               14
11   NO. 3 -- WMATA Bus SOP 25              29
12   NO. 4 -- PARP video clip               84
13   NO. 5 -- Nine-screen video feed        86
```

Transcript of Elmer Coppage, Designated Representative
Conducted on August 17, 2023

---

17

1    A    Yes.
2    Q    Has it been updated since that time?
3    A    **Yes.  I believe that we are in a**
4    **update -- we are in the process of updating the**
5    **SOPs.  You know, SOPs are updated every two years,**
6    **depending on, you know, things that may have**
7    **changed.**
8    Q    Okay.
9    A    **But we're working on a new iteration of**
10   **some of our SOPs.**
11   Q    And to make sure that I understand, are
12   you telling me that this is -- this SOP that we're
13   looking at, Exhibit 2, is still in effect right now?
14   A    **Yes.**
15   Q    You're in the process of updating?
16   A    **Yes.  That's just our normal process in**
17   **updating our documents.**
18   Q    Got it.  All right.  What I want to do is
19   scroll down here into the procedure itself, down in
20   I guess Subsection 6.  Am I understanding that
21   right?  So we have all these sort of introductory
22   things, right?  We have scope, purpose, definitions,

---

18

1    acronyms --
2    A    **Yes.**
3    Q    -- and responsibilities.  All those are 1
4    through 5.  Then 6 is the procedure itself?
5    A    **Yes.**
6    Q    And I actually want to come down.  You
7    won't be surprised to know I'd like to come down to
8    look at 6.4, Passing Vehicles Moving in the Same
9    Direction.  You see that on the screen now?
10   A    **Yes.**
11   Q    Does this SOP apply when passing
12   cyclists, or only to motor vehicles?
13   A    **It's both.**
14   Q    Okay.
15   A    **You know, as you -- as you know, we do**
16   **have the SOP regarding the, you know, sharing the**
17   **road with bicyclists, so that document will speak**
18   **more to, you know, that aspect of bicycling.**
19   Q    Right.  And forgive me.  I was just
20   reading that.  So this is a -- so in other words,
21   this is -- this policy should be followed when a
22   WMATA bus driver or bus operator is passing a

---

19

1    cyclist or a motor vehicle, is that correct?  And
2    then you're telling me that, obviously, SOP 25 is
3    some more specific thing pertaining only to
4    cyclists?
5    A    **Yes.**
6    Q    What's the purpose -- I want to go
7    through a couple of these sort of subsections.
8    Under 6.4, I think.  Starting with 6.4.1, which
9    says, "Tap the horn as you pass the vehicle to warn
10   the driver you intend to pass," what's the purpose
11   of that requirement?
12   A    **The purpose of that requirement is just**
13   **to, you know, blow the horn to, you know, get the**
14   **attention of other vehicles or pedestrians that may**
15   **be in the area.  You know, it's just important to**
16   **blow the horn if necessary.**
17   Q    Got it.  And I guess also, the second
18   half of that sentence, not just other people in the
19   area, but specifically to warn the person who is
20   about to get passed?
21   A    **Yes.  If necessary, yes.**
22   Q    Well, this is -- and forgive me if I'm

---

20

1    being -- if I'm not understanding, but this is
2    necessary every time that a WMATA bus is going to
3    pass any other vehicle on the road, right?
4          MR. JANEY:  Objection.  You can answer.
5    A    **Yeah.**
6          MR. JANEY:  You can answer, Mr. Coppage.
7    A    **Oh, okay.  Yeah, it's not necessary all**
8    **the time.  Only when necessary.  And the operator**
9    **would be able to make that prudent judgment based on**
10   **the situation.**
11   Q    Under what scenarios do Metrobus
12   operators have the authority to not follow SOP 6.4
13   when they're passing another vehicle or cyclist on
14   the road?
15          MR. JANEY:  Objection as to
16   characterization.  You can answer.
17   A    **You know, you know, for example, you**
18   **know, while our SOPs, they may be mandatory, you**
19   **know, there is some flexibility, you know, for our**
20   **bus operators to use their own judgment.  You know,**
21   **so that's the best way I can, you know, answer that**
22   **question for you.**

---