

October 16, 2023


Christopher J. Regan, Esquire
REGAN ZAMBRI LONG, PLLC
1919 M Street, NW
Suite 350
Washington, DC  20036

Re:    Jessica Zuk v. Washington Metropolitan Area Transit Authority, WMATA
       DJS File No.:  2309-085

Dear Mr. Regan:

Pursuant to your request, we have reviewed the materials provided relative to the above-captioned matter.  I have been informed that WMATA takes the position that the collision occurred when a cyclist tried to "squeeze" between the bus and a line of vehicles parked on the right side of the road, and I have been asked to analyze the facts relevant to that position.  The following is a summary of our findings to date.

The materials provided are listed on Appendix A that is attached to this report.

According to the data provided, the collision in question occurred on Sunday April 24, 2022, at approximately 12:45 p.m. on U Street Northwest (Route 90) at its intersection with 14th Street Northwest in the District of Columbia.  The collision involved one bus and one bicycle.  Unit #1 was a New Flyer Metrobus owned by Washington Metropolitan Area Transit Authority (WMATA).  The Metrobus was eastbound on U Street prior to and at the time of the collision.  Unit #2 was a bicycle operated by Jessica Zuk.  The bicyclist, Ms. Zuk, was eastbound on U Street prior to and at the time of the collision.  The collision occurred during daylight lighting conditions, there were no adverse environmental factors, and the roadway was dry.

In the area of the collision, U Street Northwest is a four-lane, two-direction roadway (two lanes in each direction) oriented east and west with opposite directions of travel separated by a double yellow centerline and a posted speed limit of 25 miles per hour.  Parking is permitted along both sides of the roadway.  At its intersection with U Street Northwest, 14th Street Northwest is a four-lane, two-direction roadway, oriented north and south with opposite directions of travel separated by a double yellow centerline.  Traffic control at the intersection includes traffic signals for each direction of travel and painted crosswalks along each edge of the intersection.

<u>**Engineering Analysis**</u>:

1. According to the data provided, the New Flyer Metrobus owned by WMATA and the bicycle operated by Jessica Zuk were both eastbound on U Street Northwest prior to and at the time of the collision.  A collision occurred between the passenger side of the Metrobus and the bicycle/bicyclist.



Christopher J. Regan, Esquire
DJS File No.:  2309-085
October 16, 2023
Page 2 of 3

2. Images of the collision site collected from Google StreetView establish that there were no geometric sight distance obstructions from the built environment impacting the abilities of eastbound operators from viewing eastbound cyclists in the roadway ahead.

3. Physical evidence available at the time of this analysis included video data from the Metrobus, with recordings from 9 separate cameras, which captured the movements of the Metrobus and bicycle prior to and at the time of the collision.

4. Engineering analysis of the video data established the following:

- Ms. Zuk was stopped in front of the bus, in full view of the bus operator, for approximately 28 seconds (timestamp 12:42:45.00-12:43:13.00, Channel 1) and was in motion ahead of the bus (still in full view of the bus operator) for approximately 8 seconds (12:43:21.00) prior to impact.  Thus, the total time Ms. Zuk was visible in front of the bus prior to impact was approximately 36 seconds.

- The bus began to accelerate from its stopped position at the eastbound stop line approximately 9.0 seconds prior to impact (timestamp 12:43:13.2).  The speed of the bus at the point of impact was approximately 20 miles per hour.

- The passenger side of the bus impacted the bicycle/bicyclist at timestamp 12:43:22.40 in the right, eastbound lane of U Street Northwest (Channel 6).

- While the Metrobus operator had 36 seconds to view Ms. Zuk, the Metrobus did not become a hazard to Ms. Zuk until the bus was in motion and within her field of view.  Here, the earliest opportunity Ms. Zuk had to view the bus (albeit in her peripheral vision) would have been approximately 1.0 seconds prior to impact when the front of the bus was approximately aligned with her torso (timestamp 12:43:21.40, Channel 3). Given that this is less time than a typical daytime perception plus reaction time (1.5 seconds), Ms. Zuk, or any reasonably prudent cyclist, would not have been provided sufficient time and distance to perceive and react to (let alone avoid) the hazard created by the bus.

- Analysis of the video data established that, for approximately 3.1 seconds prior to impact (12:43:19.30-impact, Channel 4), there were no eastbound vehicles in the left lane which would have prevented the Metrobus from changing lanes or at least moving to the left to provide Ms. Zuk with enough room to safely navigate on her bicycle.  Had the bus operator simply moved one foot (approximately) to the left, no collision would have occurred.  Further, the failure of the Metrobus operator to move to his left in response to Ms. Zuk was in direct violation of 18 DCMR § 2202.10 which states that *"A person driving a motor vehicle shall exercise due care by leaving a safe distance, but in no case less than 3 feet, when overtaking and passing a bicycle."*

**Opinions**:

Listed below are opinions that have been reached as a result of the study and analysis of the materials reviewed to date.  The opinions have been reached to within a reasonable degree of engineering certainty.

1. A collision occurred between the passenger side of the eastbound New Flyer Metrobus owned by Washington Metropolitan Area Transit Authority and the eastbound bicycle operated by Jessica Zuk.

2. There were no geometric sight distance obstructions from the built environment impacting the abilities of eastbound operators from viewing the roadway ahead prior to or at the time of the collision.

Christopher J. Regan, Esquire
DJS File No.:  2309-085
October 16, 2023
Page 3 of 3

3. Ms. Zuk was visible in front of the bus for approximately 36 seconds prior to impact.  Conversely, the bus would have only been visible to Ms. Zuk for approximately 1.0 seconds prior to impact (less than a typical daytime perception plus reaction time).

4. Analysis of the video data established that, for approximately 3.1 seconds prior to impact, there were no eastbound vehicles preventing the bus from moving to its left.  Had the bus moved only one foot (approximately) to its left, no collision would have occurred.

5. The failure of the Metrobus operator to move to his left in response to Ms. Zuk was in direct violation of 18 DCMR § 2202.10.

As additional materials become available, please forward this information to our office.  We will review the data and update our analysis and report as required.  In the interim, if you have any questions, please contact me directly.

Very truly yours,

Justin P. Schorr, Ph.D.

JPS/sjb

Attachment

## **2309-085 Appendix A- List of Materials Provided**

- SURVEILLANCE VIDEO FROM METROBUS (9 CAMERAS)
- COMPLAINT: JESSICA ZUK V. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (a/k/a "WMATA")