

# Transcript of Jessica Zuk

**Date:** September 1, 2023
**Case:** Zuk -v- Washington Metropolitan Area Transit Authority

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

PLAINTIFF'S EXHIBIT 10

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Jessica Zuk
Conducted on September 1, 2023

1 (1 to 4)

## Page 1

```
1      IN THE UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF COLUMBIA
3   -----------------------------x
4   JESSICA ZUK,                  :
5         Plaintiff,              :
6                                 :
7         v.                      : CASE NO.
8   WASHINGTON METROPOLITAN AREA  : 1:2023CV00294
9   TRANSIT AUTHORITY,            :
10        Defendant.              :
11  -----------------------------x
12
13
14          Deposition of JESSICA ZUK
15          Conducted Remotely Via Zoom
16          Friday, September 1, 2023
17                12:46 p.m.
18
19
20  Job No.: 506276
21  Pages 1 - 60
22  Reported by: Alexia Vandermeulen, CVR
```

## Page 2

```
1   Deposition of JESSICA ZUK, conducted remotely.
2
3
4   Pursuant to notice, before Alexia Vandermeulen,
5   Certified Verbatim Reporter, Notary Public in and
6   for the Commonwealth of Pennsylvania.
```

## Page 3

```
1                   APPEARANCES
2   ON BEHALF OF THE PLAINTIFF:
3         CHRISTOPHER REGAN, ESQUIRE
4         REGAN ZAMBRI & LONG, PLLC
5         1919 M Street Northwest
6         Suite 600
7         Washington, DC 20036
8         (202) 463-3030
9
10  ON BEHALF OF THE DEFENDANT:
11        NEAL M. JANEY, JR., ESQUIRE
12        WASHINGTON METROPOLITAN AREA
13        TRANSIT AUTHORITY
14        600 5th Street Northwest
15        Washington, DC 20001
16        (202) 962-1067
```

## Page 4

```
1              INDEX TO PROCEEDINGS
2   EXAMINATION OF JESSICA ZUK              PAGE
3      By MR. JANEY........................   5
4
5
6              INDEX TO EXHIBITS
7   EXHIBIT                                 PAGE
8                  (NONE)
```

**13**

1  heading was to continue down on U Street. So my
2  intention was to continue going straight down that
3  road.
4      Q.  Okay.  Is there any particular reason
5  you did not stay in the center of the lane?
6          MR. REGAN:  Object to form and
7  foundation.
8      Q.  You can answer.
9      A.  From starting at the intersection, my
10 overall intention and goal was to continue
11 straight down on U Street.  That was my intent and
12 direction the entire time.  And from going that
13 way, that was the way I was headed.  Straight
14 ahead.
15     Q.  Okay.  So I understand what your
16 intention was.  I guess what I'm asking you is
17 when you start pedaling forward, is it fair to say
18 that you do not occupy the center of the travel
19 lane?
20     A.  I was occupying a territory that I knew
21 was in my right just as a bicyclist, to be on the
22 street with no designated bike lane.  So

**14**

1  frequently biking in that area, just going
2  straight ahead to the small space that I could go
3  to in order to maintain my direction of going
4  straight, which was on the street directly in
5  front of me on U Street.
6      Q.  Incidentally -- just another question --
7  when you were operating your bike that day, did
8  you by any chance have any AirPods in your ear?
9      A.  I had an AirPod in my ear, yes, but I
10 was not listening to any music.  I was on my way
11 home so I wasn't listening to anything at that
12 moment.  But I did have an AirPod in, I believe,
13 my right ear.
14     Q.  Your right ear.  What about your left
15 ear?
16     A.  I believe I was wearing both, but I know
17 that one of them fell out during the collision.
18     Q.  Okay.  But prior to the collision, you
19 had AirPods in both ears?
20     A.  Yes.
21     Q.  And was that to listen to music?
22     A.  Typically, yes.  But on my journey, I

**15**

1  had received a phone call a little bit earlier on.
2  So at that moment, I was not listening to music.
3      Q.  Okay.  Were you talking?
4      A.  No.
5      Q.  At the time of the collision, were you
6  talking on your -- were you talking at the time of
7  the collision?
8      A.  Not to my recollection.  I wasn't on the
9  phone.  So hopefully not chatting with myself, but
10 you never know.  But no, not to my recollection.
11 No chatting.
12     Q.  The reason I ask the question is -- what
13 I'm trying to get at is, there would have been
14 nothing to impair your ability to hear on the day
15 in question -- of the accident, correct?
16     A.  Just outside of the normal sounds of the
17 city.  That was probably what I was hearing.
18     Q.  You indicated that you did have an
19 opportunity to look at -- when was the last time
20 you looked at the video?
21     A.  A few days ago, I believe it was, that I
22 was able to review it -- part of it.

**16**

1      Q.  At some point when you were crossing the
2  intersection, the bus passed your location to your
3  left; is that correct?
4      A.  The bus did pass me on the left-hand
5  side.  Yes.
6      Q.  And when the bus passed on your left
7  hand side, if you recall, where were you in the
8  lane?
9      A.  From the video -- from me watching that,
10 I was on the right side of the road.  However,
11 with the intention of continuing straight down
12 that path.  So passing the parked vehicles on my
13 left hand side and continuing down on a quote,
14 unquote, undesignated bike lane for bicyclists.
15     Q.  At some point the front of the bus
16 passed your location as you were crossing the
17 intersection; is that correct?
18     A.  Yes, that is correct.
19     Q.  And when the bus passed your location as
20 you were crossing the intersection, did you see
21 the bus on your left?
22     A.  As it was passing me on the left-hand